■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES RUSSELL, Appellant.—Judgments of the Supreme Court, Kings County (Slavin, J.), all rendered September 25, 1981, affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE SELBY, Appellant.—Four judgments of the Supreme Court, Kings County (Coffinas, J.), all rendered November 15, 1983, affirmed *(see, People v Tinsley,* 35 NY2d 926; *People v Frederick,* 45 NY2d 520; *People v Friedman,* 39 NY2d 463; *People v Stubbs,* 92 AD2d 923). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.